IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARENCE COMMINGS,

    Plaintiff,

vs.

MATTHEW FLOWERS,

    Defendant.

Case No. 11-cv-643-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' stipulation of dismissal with prejudice (Doc. 57). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED with prejudice** and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** November 19, 2013

                                                 s/ J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**